AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
JUN 2 2 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
The person of Ricky Dale Niswonger, Jr.

Case No. 21-mj-6105

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Ricky Dale Niswonger, Jr.

located in the _____ Central _____ District of _____ Illinois _____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled sample of Ricky Dale Niswonger Jr.'s saliva by way of a buccal swab inserted briefly just inside mouth and cheek area.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm |

The application is based on these facts:
See attached affidavit.

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Lane Mings
TFO
*Applicant's signature*

FBI Task Force Officer Lane Mings
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: 6/22/21

City and state: Peoria, IL

s/Jonathan Hawley
*Judge's signature*

Hon. Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF THE SEARCH OF:
THE PERSON OF RICKY DALE
NISWONGER, JR.

Case No. 21-mj-6105

**Filed Under Seal**

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A WARRANT TO SEARCH AND SEIZE

I, Task Force Officer Lane Mings, being first duly sworn, hereby depose and state as follows:

1. Your affiant is a Detective with the Galesburg, Illinois Police Department and has been continuously employed as a Law Enforcement Officer with the City of Galesburg since July 2008. Your affiant is currently assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and has been since approximately February 2020. Your affiant is deputized as a deputy with the Knox County Sheriff's Department. Your affiant attended the Police Academy at Police Training Institute at the University of Illinois. Your affiant has a bachelor's degree in Law Enforcement and Justice Administration with a minor in Computer Science from Western Illinois University. Your affiant has operated two full service police canines for 10 years from 2009-2019. Your affiant has been an Operation Jetway instructor for the El Paso Intelligence Center (EPIC) which is ran by the DEA since May 2014. Your affiant has instructed federal, state, county, and city law enforcement officer as well as foreign nationals in police operations, specifically mass transit interdiction and K-9 utilization in interdiction. Your affiant previously served as a sworn Task Force Officer (TFO) with the United States Drug Enforcement Administration (DEA).

2. During your affiant's law enforcement career, he has been involved in the undercover and controlled purchases or narcotics, the management and debriefing of confidential informants, the tracing of drug proceeds, involved in multiple drug trafficking operations, conducted drug interdiction investigations on: Interstates, Amtrak trains, passenger buses, parcel facilities, and the acquisition and execution of numerous search warrants. As a

result, your affiant has arrested numerous individuals for violating both state and federal statues with regard to the possession, manufacture, trafficking, and sale of controlled substances. Your affiant has seized over one million dollars in illicit bulk cash. Your affiant has received formal training through the DEA, Illinois State Police, International Narcotics Interdiction Association, Illinois Drug Enforcement Officers Association, among others and have attended numerous seminars and conferences regarding all aspects of the distribution of controlled substances and the laundering of drug proceeds.

3. I have personally participated in the investigation of the offense discussed below. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from fellow law enforcement officers, information obtained from interviews and from the analyses of reports. Because I am making this affidavit for the limited purpose of establishing probable cause in support of an application for search warrant, I have not set forth herein every fact known to me concerning this investigation.

## Purpose of the Affidavit

4. This affidavit is made in support of an application for a search warrant to seize evidence of violations of 18 U.S.C. §§ 922(g)(1), specifically to obtain a saliva sample from Ricky Dale Niswonger, Jr. (hereinafter "Niswonger").

## Probable Cause

5. During the course of a FBI investigation Ricky Dale Niswonger, Jr. was observed by law enforcement operating a gray Cheverolet Camaro. An inquiry through the State of Illinois Department of Motor Vehicle of the license CB86710 revealed that the car was registered to Niswonger.

6. A search of Niswonger's cellular device, pursuant to a federal search warrant, revealed multiple pictures of firearms, to include a photo listed as taken on August 6, 2020, of an assault rifle black in color and a pistol black in color. In the photo, the assault rifle is propped against an unidentified person's leg. The unidentified individual appears to be wearing blue jeans. The pistol is laying on the ground. Also visible in the photo is brown carpet and a brown couch. When executing a federal search warrant at 1344 Grand Avenue, Niswonger's residence, agents observed a brown couch in a room with brown carpeting. No firearms were located on scene during the course of the search.

7. On August 14, 2021 members of the FBI obtained and executed a federal search warrant for a Niswonger's gray Camaro. In the Camaro, agents located a FEG 9mm semi-automatic pistol, a Walther 9mm semi-automatic pistol, a Smith & Wesson .22 caliber rifle, a Taurus .22 caliber semi-automatic pistol, a Bushmaster 5.56mm AR-15 rifle, ammunition, a Remington rifle cartridge box, a blue backpack, a red "Jordan" bag, and a Kevlar vest. In the center console of the car was Niswonger's wallet, containing his social security card, driver's license, and birth certificate.

8. Niswonger was charged with being a felon in possession of a firearm and ammunition in *United States v. Niswonger,* No. 20-cr-40054 (C.D.Ill.). He is currently in-custody at the Knox County Jail. On April 13, 2021, Niswonger entered into a plea of guilty to count one, felon in possession of a firearm and ammunition.

9. The firearms seized from Niswonger's Camaro were sent to the FBI laboratory for DNA analysis. Four of the five recovered firearms were discovered to have DNA attributable to a male contributor. The FBI laboratory is able to perform a DNA comparison upon receiving a standard.

## Request for DNA Swab

10. When a person holds a firearm for a period of time, or carries a firearm against their skin, epithelial cells may be transferred from the person's hands, torso, or pelvic area and later recovered by forensic lab technicians. This DNA is typically collected and analyzed by forensic lab technicians via buccal swabs containing DNA.

11. The DNA recovered from the firearm can be "typed out" to reveal an individual's "genetic code." This code can then be compared to the genetic code of the saliva sample obtained, or known DNA of Niswonger.

12. While it is possible to obtain a usable sample of saliva when an individual expectorates, the preferred method by biological forensic analysts is through the controlled sample of an individual's saliva by way of a buccal swab inserted briefly just inside mouth and cheek area. This process takes less than one second per side of the mouth, carries no risk of physical pain, injury or embarrassment to an individual.

13. Forensic analysis of the known DNA of the defendant compared to the DNA located on the recovered firearm will assist in determining the possessor of the firearm.

14. Because Niswonger is currently represented by counsel, Andrew Larson, in connection with the matter of *United States v. Niswonger,* No. 20-cr-40054 (C.D.Ill.), agents taking the buccal swab from Niswonger will not engage in any questioning of Niswonger related to the subject of his charges in *United States v. Niswonger,* No. 20-cr-40054 (C.D.Ill.), Agents will also provide notice to Niswonger's counsel.

15. For the reasons stated above, I believe there is probable cause that the search of Niswonger by taking a controlled sample of Niswonger's saliva by way of a buccal swab inserted briefly just inside Niswonger's mouth and cheek area, will reveal evidence of Niswonger's unlawful possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1).

s/Lane Mings

Task Force Officer Lane Mings

Federal Bureau of Investigation

Subscribed and sworn before me this ____ day of June 2021.

s/Jonathan Hawley

Hon. Jonathan E. Hawley

U.S. Magistrate Judge